IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DOTAN Y. MELECH, as Receiver of
GREG BEECHE, LOGISTICS, LLC;
GREG LOGISTICS, LLC,

v.

Real and personal property of GREG
BEECHE, LOGISTICS, LLC; GREG
LOGISTICS, LLC, in the Middle
District of Florida

Case No. 8:25-mc-31-WFJ-AEP

AUG 19 2025 PM1:35
FILED - USDC - FLMD - TPA

_____/

## NOTIFICATION OF APPOINTMENT OF RECEIVER

Dotan Y. Melech, as receiver of Greg Beeche, Logistics, LLC and Greg Logistics, LLC ("Receiver"), states as follows:

1. Dotan Y. Melech is president of United AMS, LLC, located at 8350 West Sahara Avenue, Suite 150, Las Vegas, Nevada 89117.

2. On August 8, 2025, the United States District Court for the Northern District of New York ("Receivership Court") appointed Mr. Melech as temporary receiver for Greg Beeche, Logistics, LLC, and Greg Logistics, LLC ("Receivership Entities"). *See* 1:25-cv-00944-AMN-TWD, Amended Complaint (attached as **Ex. 1**), and Memorandum-Decision & Order (attached as **Ex. 2**).[1]

---

[1] On August 11, 2025, the Receivership Court entered a Text Order which reads as follows: "The Court hereby amends its recent Memorandum-Decision and Order appointing a temporary receiver in this Matter, Dkt. No. 28, to correct a spelling error in the proposed receiver's name. Dotan Y. Melech, of United AMS, is hereby appointed as temporary receiver over Defendants. All other directives contained in the Memorandum-Decision and Order remain in effect. SO ORDERED by U.S. District Judge Anne M. Nardacci on 8/11/2025." Dkt. No. 29.

1

3. Receiver's bond of $100.00 was issued on August 12, 2025, and issuance of the bond was noted on the docket by the Receivership Court on August 12, 2025. See 1:25-cv-00944-AMN-TWD.

4. The Receivership Entity has property located in the Middle District of Florida.

5. Receiver is the appointed, qualified, and acting receiver of the property and estate of the Receivership Entities, and files this notice in that capacity pursuant to 28 U.S.C. § 754.

6. It is necessary to institute this miscellaneous action in the United States District Court for the Middle District of Florida, in connection with the receivership, for the purpose of maintaining jurisdiction and control over all such property in this district.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Victoria M. McLaughlin
Victoria McLaughlin, Esq.
Florida Bar No.: 1008106
SPENCER FANE LLP
201 North Franklin Street,
Suite 2150
Tampa, Florida 33602
Tel: (813) 424-3500
Facsimile: (813) 405-8904
vmclaughlin@spencerfane.com
ecoutu@spencerfane.com

*ATTORNEY FOR DOTAN Y. MELECH, as RECEIVER*